UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **TRACIE JORDAN**, on behalf of herself and others similarly situated, | : : : |
| Plaintiff, | : **CASE NO. 2:24-cv-1289** : : |
| v. | : **CHIEF JUDGE SARAH D. MORRISON** : |
| **HELPING HANDS HOME CARE OF COLUMBUS, LLC**, *et. al.*, | : **MAGISTRATE JUDGE CHELSEY M. VASCURA** : : |
| Defendant. | : |

## JOINT NOTICE OF SETTLEMENT

Now come Named Plaintiff Tracie Jordan ("Named Plaintiff"), on behalf of herself and others similarly situated, and Defendants Helping Hands Home Care of Columbus LLC, Continental Home Health Care, Inc., 1 Amazing Home Health Care LLC, Mohamed Hussien and Mohamed Ahmed (collectively "Defendants") (named Plaintiff and Defendants collectively referred to as "the Parties"), and hereby notify the Court that they reached a settlement in principle and are in the process of drafting a settlement agreement for review and signature.

Respectfully submitted,

| | |
|---|---|
| **COFFMAN LEGAL, LLC** | **FISHER & PHILLIPS LLP** |
| /s/ Adam C. Gedling | /s/ Richard A. Millisor |
| Matthew J.P. Coffman (0085586) | Richard A. Millisor (0062883) |
| Adam C. Gedling (0085256) | Jessi L. Ziska (0096750) |
| Tristan T. Akers (0102298) | 200 Public Square, Suite 4000 |
| 1550 Old Henderson Rd. Suite 126 | Cleveland, OH 44114 |
| Columbus, OH 43220 | Telephone: (440) 838-8800 |
| Telephone: (614) 949-1181 | Facsimile: (440) 838-8805 |
| Facsimile: (614) 386-9964 | rmillisor@fisherphillips.com |
| mcoffman@mcoffmanlegal.com | jziska@fisherphillips.com |
| agedling@mcoffmanlegal.com | |
| takers@mcoffmanlegal.com | *Attorneys for Defendant* |

*Attorneys for Named Plaintiff and those similarly situated*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 1, 2025, a copy of the foregoing was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    */s/ Adam C. Gedling*
    Adam C. Gedling

2