UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TRACIE JORDAN,**

      **Plaintiff,**

  v.                                        Civil Action 2:24-cv-1289
                                                  Chief Judge Sarah D. Morrison
**HELPING HANDS HOME CARE OF**      Magistrate Judge Chelsey M. Vascura
**COLUMBUS LLC,** *et al.***,**

      **Defendants.**

## ORDER

The parties reported on December 1, 2025, that they have reached a settlement in principle. (ECF No. 42.) The parties are **ORDERED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE JANUARY 7, 2026**, unless they have filed a motion for settlement approval in the interim.

      **IT IS SO ORDERED.**

                                                      /s/ *Chelsey M. Vascura*
                                                      CHELSEY M. VASCURA
                                                      UNITED STATES MAGISTRATE JUDGE